**K. Michael Fandel**, OSB No. 040170
mike.fandel@millernash.com
**Katie M. Bennett**, OSB No. 221482
katie.bennett@millernash.com
MILLER NASH LLP
1140 SW Washington St, Ste 700
Telephone: 503.224.5858
Facsimile: 203.224.0155

    Attorneys for Plaintiff
    International Wood Products

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| INTERNATIONAL WOOD PRODUCTS, LLC, an Oregon limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>CLG ENTERPRISES, INC., a Canadian corporation,<br><br>    Defendant. | Case No. 3:24-cv-00331-JR<br><br>**PLAINTIFF INTERNATIONAL WOOD PRODUCT'S MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL ASSISTANCE (LETTERS ROGATORY)** |

## LR 7-1 CERTIFICATE

The undersigned certifies that counsel for the parties have conferred and could not reach an agreement on this motion. *See* Declaration of Katie M. Bennett ("Bennett Decl.") ¶ 2.

Page 1 -  PLAINTIFF INTERNATIONAL WOOD PRODUCT'S MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL ASSISTANCE (LETTERS ROGATORY)

**MOTION**

Plaintiff International Wood Products, LLC ("IWP") through undersigned counsel, respectfully moves the Court pursuant to Fed. R. Civ. P. 4(f)(2)(B) and 28 U.S.C. § 1781 for the issuance of a *Request for International Judicial Assistance (Letters Rogatory)* seeking the assistance of the appropriate judicial authority of the Supreme Court of British Columbia to permit the taking of evidence and deposition testimony from third-party individuals who upon information and belief are located and working in British Columbia, Canada.

**LEGAL MEMORANDUM**

**A.    FACTS**

1.    This lawsuit arises out of a commercial dispute relating to the sale of certain wood products ("Products") manufactured by Interworld Development ("Interworld") and sold to IWP by CLG Enterprises, Inc. ("CLG") pursuant to a purchase and sale agreement between IWP and CLG. *See* ECF 1.

2.    IWP contends that CLG delivered defective Product manufactured by Interworld to IWP in July, 2022. *See* ECF 1. IWP seeks to recover damages from CLG caused by CLG's delivery of defective Product. ECF 1.

3.    In response to IWP's Complaint, CLG filed its answer, affirmative defenses, and counterclaims asserting over $2,000,000 in damages based on CLG's allegations that IWP improperly rejected future shipments of Product after it discovered the defects in in the Product. *See* ECF 4. CLG's affirmative defenses to IWP's claims include that any defects in the product were the fault of others, not CLG. *Id.*

Page 2 -    PLAINTIFF INTERNATIONAL WOOD PRODUCT'S MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL ASSISTANCE (LETTERS ROGATORY)

4899-0614-4529.1

4. IWP contends that an individual named Gary Cheng ("Cheng") is the Executive Director of Interworld, the company that manufactured the defective Product. Based on discovery obtained to date, Cheng has relevant documents and testimony in his possession regarding the manufacturing and delivery of the Product to IWP, defects in the products, and other facts relevant to IWP's claims and CLG's counterclaims and affirmative defenses.

5. IWP contends that an individual named Graham Picard ("Picard") brokered the sale of the Product at issue to IWP. Based on discovery to date, Picard has relevant documents and testimony in his possession regarding the manufacturing and delivery of the Product to IWP, defects in the products, and other facts relevant to IWP's claims and CLG's counterclaims and affirmative defenses.

6. Prior to initiating discovery in this matter, IWP understood that Cheng was located in China based on its understanding that this is where the wood was manufactured. Bennett Decl. ¶ 3. On October 15, 2024, IWP requested CLG's assistance in facilitating third party discovery with Cheng, given CLG and Interworld's close business relationship. Bennett Decl. ¶ 4. On November 1, 2024, CLG declined to assist IWP with its efforts to obtain discovery from Cheng, citing Cheng is not an employee of CLG. Bennett Decl. ¶ 4.

7. On November 6, 2024, IWP issued a second set of Interrogatories and Requests for Production to CLG, requesting all last known addresses of Cheng and Picard. Bennett Decl. ¶ 5. On December 6, 2024, CLG responded to IWP's Interrogatories

Page 3 -    PLAINTIFF INTERNATIONAL WOOD PRODUCT'S MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL ASSISTANCE (LETTERS ROGATORY)

4899-0614-4529.1

and Requests for Production, identifying last known addresses for both Cheng and Picard in British Columbia, Canada. Bennett Decl. ¶ 5, Ex. 1.

8. Based on the information provided in CLG's discovery responses, IWP retained Canadian counsel to investigate the ability to obtain third-party discovery from Cheng and Picard in British Columbia, Canada. Bennett Decl. ¶ 6.

9. Cheng is believed be currently living and working in British Columbia, Canada, at 5407 Eglinton St, Burnaby, British Columbia, Canada. Bennett Decl. ¶ 5, Ex. 1. IWP contends that the timing and contents of Cheng's communications, both internal at Interworld, and with CLG, Picard, and IWP are highly relevant to the disputes between the parties, as he was involved in many aspects of the events giving rise to this dispute.

10. Picard was the broker who facilitated the sale of Product between IWP and CLG and is believed to be living and working in British Columbia, Canada at 15625 37A Ave Surrey, British Columbia, Canada. Bennett Decl. ¶ 5, Ex. 1. IWP contends that the timing and contents of Picard's communications, both with Interworld and with CLG are highly relevant to the disputes between the parties, as he was involved in many aspects of the events giving rise to this dispute.

B. ARGUMENT

11. Canada is a party to the *Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* (the "Hague Convention").

Page 4 -   PLAINTIFF INTERNATIONAL WOOD PRODUCT'S MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL ASSISTANCE (LETTERS ROGATORY)

4899-0614-4529.1

12. Fed. R. Civ. P. 4(f)(2)(B) and 28 U.S.C. § 1781 expressly permit the Court to issue Letters Rogatory seeking assistance from the appropriate judicial authority in foreign jurisdictions, in this instance the appropriate authority within British Columbia, Canada.

13. Good cause exists in the interests of justice for this Court to execute and issue a Letters Rogatory to the appropriate judicial authority in British Columbia, Canada.

14. The Letters Rogatory seeks evidence of communications and testimony that are located abroad and from witnesses who have exclusive access to the evidence at issue.

15. IWP has retained Canadian counsel to investigate whether the requested assistance of the relevant British Columbia, Canada judicial authority can in fact be rendered. The answer to that question is yes. IWP has also consulted with Canadian counsel to ensure the Letters of Rogatory to be issued, attached hereto as **Exhibit 2** to the Bennett Declaration, conform with the requirements of Canadian courts. *See* Bennett Decl., ¶ 7, Ex. 2.

16. IWP respectfully submits that it is hampered in its prosecution of the case without full access to Cheng's and Picard's communications and testimony, given their direct involvement in manufacturing and brokering the sale of Products to IWP, respectively. Accordingly, IWP respectfully submits that it has a good faith basis for requesting issuance of the Letters Rogatory, which should be issued by this Court and received by the appropriate authority in the British Columbia, Canada, in the interests of justice.

Page 5 -    PLAINTIFF INTERNATIONAL WOOD PRODUCT'S MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL ASSISTANCE (LETTERS ROGATORY)

4899-0614-4529.1

17. If granted, IWP would promptly make arrangements with the Court to obtain a signed version of the Letters Rogatory with the Court's official Seal affixed thereto so that the Letters Rogatory can be forwarded to the appropriate recipient authority within British Columbia, Canada. IWP will reimburse the appropriate recipient authority within British Columbia, Canada for any costs incurred in executing the Letters Rogatory issued by this Court.

C. CONCLUSION

For the reasons noted above, IWP respectfully requests that the Court grant the Motion for Issuance of Request for International Judicial Assistance (Letters Rogatory).

DATED: January 21, 2025

Respectfully submitted,

MILLER NASH LLP

*s/ Katie M. Bennett*
K. Michael Fandel, OSB No. 040170
mike.fandel@millernash.com
Katie M. Bennett, OSB No. 221482
katie.bennett@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155
Attorneys for Plaintiff International Wood Products

Page 6 -   PLAINTIFF INTERNATIONAL WOOD PRODUCT'S MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL ASSISTANCE (LETTERS ROGATORY)

4899-0614-4529.1